**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAURICIO GABRIEL BUENO DE MIRANDA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-74373 <br><br> Agency No. A098-807-287 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Mauricio Gabriel Bueno de Miranda, a native and citizen of Brazil, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's order denying his application for adjustment of status.  We

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

TL/Research

have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law. *Mielewczyk v. Holder*, 575 F.3d 992, 994 (9th Cir. 2009). We deny the petition for review.

Bueno de Miranda's conviction for violating Cal. Health & Safety Code § 11352(a) renders him removable as charged under 8 U.S.C. § 1227(a)(2)(B)(i) and ineligible for adjustment of status as an inadmissible alien under 8 U.S.C. § 1182(a)(2)(A)(i)(II). *See Mielewczyk*, 575 F.3d at 995-98.

**PETITION FOR REVIEW DENIED.**